**Briefs Stricken and Order filed September 09, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00123-CV
_____

**MARCUS JACQUOT, Appellant**

**V.**

**MELODY COKER, Appellee**

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2019-51429**

---

## ORDER

Appellant's opening brief and reply brief disclose the name of a person who was a minor when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3). Accordingly, the briefs are STRICKEN.

Appellant is ordered to file briefs that comply with Texas Rule of Appellate Procedure 9.9 on or before **September 20, 2021**.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.